UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MPM SILICONES, LLC,<br><br>　　　　　*Plaintiff*,<br>　　v.<br><br>UNION CARBIDE CORPORATION,<br><br>　　　　　*Defendant.* | No. 11-CV-1542 (LEK) (ATB)<br><br>**NOTICE OF MOTION FOR LIMITED ADMISSION PRO HAC VICE OF KARL S. BOURDEAU** |

　　　　PLEASE TAKE NOTICE that upon the Declaration of Megan R. Brillault, dated March 1, 2012, and the Petition for Admission of Karl S. Bourdeau with supporting documents, Megan R. Brillault, on behalf of Defendant Union Carbide Corporation will move this Court before the Honorable Andrew T. Baxter, at the United States District Court, Northern District of New York, Federal Building and U.S. Courthouse, Syracuse, New York, 13261, at a date and time to be determined by this Court, for an Order granting the limited admission *pro hac vice* of Karl S. Bourdeau, pursuant to Local Civ. R. 83.1.

Dated:　March 1, 2012
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BEVERIDGE & DIAMOND, P.C.

　　　　　　　　　　　　　　　By:　　　/s/ Megan R. Brillault
　　　　　　　　　　　　　　　　　　Megan R. Brillault
　　　　　　　　　　　　　　　　　　Bar Roll No. 511541
　　　　　　　　　　　　　　　　　　477 Madison Avenue, 15th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　(212) 702-5414
　　　　　　　　　　　　　　　　　　mbrillault@bdlaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　*Union Carbide Corporation*