UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MPM SILICONES, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNION CARBIDE CORPORATION, <br><br> *Defendant.* | No. 11-CV-1542 (LEK) (ATB) <br><br> **DECLARATION OF SPONSOR FOR *PRO HAC VICE* ADMISSION** |

I, Megan R. Brillault, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an attorney associated with the firm of Beveridge & Diamond, P.C., counsel for Union Carbide Corporation in the above-captioned action. I am a member in good standing of the bar of the State of New York. My NDNY Bar Roll Number is 511541.

2. I submit this declaration in support of the admission of Karl S. Bourdeau, an attorney and a principal at the law firm of Beveridge & Diamond, P.C., to appear *pro hac vice* in the above-captioned action for all purposes.

3. I have known Karl S. Bourdeau since 2006 and find him to be of high moral character and suitable for admission *pro hac vice* to the United States District Court of the Northern District of New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 1, 2012

/s/ Megan R. Brillault
Megan R. Brillault
Bar Roll No. 511541