UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF

Karl S. Bourdeau

PETITION FOR
ADMISSION TO PRACTICE

I, __Karl S. Bourdeau__, being sworn, depose and say:

1. That I reside at __3323 Dent Place, N.W.__, __Washington__, DC __20007__ and my office address is __1350 I Street, N.W., Suite 700__, __Washington__, DC __20005__.

2. That I was admitted to practice in the courts of the State of __Dist. of Columb.__ on __12/22/1978__, by the _____ Department.

3. That I graduated from __Harvard__ Law School on __1978__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| U.S. Court of Appeals for the D.C. Circuit | 3/9/1979 |
| U.S. District Court for the District of Columbia | 2/5/1979 |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, __Karl S. Bourdeau__, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __16th__ day of __February__, 20__12__.

_____
PETITIONER

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/10/2011