AO 153 (Rev. 6/96)

| Name: | LAST, | Bourdeau | FIRST | Karl |

**OATH ON ADMISSION**

I, ___Karl S. Bourdeau___, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

DATE: 2/15/12

SIGNATURE: [signed]

BAR I.D. NO.: DC247367

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Beveridge & Diamond, P.C. | (202) 789-6019 |

| FIRM ADDRESS |
|---|
| 1350 I Street, N.W., Suite 700 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Washington | DC | 20005-3311 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
|  |  |

ADMITTED ON MOTION OF: (Movant)