UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>Karl S. Bourdeau )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, ____Karl S. Bourdeau____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
MPM Silicones, LLC v. Union Carbide Corporation, Civ. Action No. 11-cv-1542 (LEK)(ATB) .

IT IS SO ORDERED

Dated : _____

☐ U.S. District Judge
☑ U.S. Magistrate Judge