UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

MPM SILICONES, LLC,

                *Plaintiff*,

v.

UNION CARBIDE CORPORATION,

                *Defendant.*

No. 1:11-CV-1542 LEK/ATB

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2012, I electronically filed Defendant Union Carbide Corporation's Notice of Motion to Dismiss and Memorandum of Law in Support with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Margaret J. Gillis
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260
mjg@woh.com

Adam P. Kahn
Robert S. Sanoff
Zachary Gerson
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
AKahn@foleyhoag.com
RSanoff@foleyhoag.com
ZGerson@foleyhoag.com

*Attorneys for Plaintiff MPM Silicones, LLC*

s/ Karl S. Bourdeau
Karl S. Bourdeau
Bar Roll No. 103740