UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MPM SILICONES, LLC,

                            Plaintiff,

  - against -                                  Civil No.: 1:11-cv-01542
                                                              (LEK/ATB)

UNION CARBIDE CORPORATION,

                            Defendant.
_____

       I hereby certify that on May 17, 2012, I electronically filed Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Harold L. Segall, Esq.
        Beveridge, Diamond Law Firm – DC Office
        1350 I Street, Suite 700
        Washington, DC  20005
        hsegall@bdlaw.com

        Karl S. Bordeau, Esq.
        Beveridge, Diamond Law Firm – DC Office
        1350 I Street, Suite 700
        Washington, DC  20005
        kbourdeau@bdlaw.com

        Megan Brillault, Esq.
        Beveridge, Diamond Law Firm – NY Office
        477 Madison Avenue, 15th Floor
        New York, NY  10022-5802
        mbrillault@bdlaw.com

                                                             s/Theresa M. Kearsing
                                                             _____
                                                             Theresa M. Kearsing