Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

Jonathan M. Ettinger
*617 832 1195 direct*
jettinger@foleyhoag.com

October 17, 2016

**VIA ECF**

The Honorable Brenda K. Sannes
U.S. District Judge
United States District Court for the
  Northern District of New York
Federal Bulding and U.S. Courthouse
P.O. Box 7396
Syracuse, NY  13261-7396

      Re:    *MPM Silicones, LLC v. Union Carbide Corporation,*
             *No. 1:11-CV-1542 LEK/ATB*

Dear Judge Sannes:

      I write on behalf of Plaintiff MPM Silicones, LLC ("MPM") and Defendant Union Carbide Corporation ("UCC") to provide a status report regarding settlement negotiations as requested by the Court during the July 29, 2016 telephone conference.

      The parties have engaged a mediator, although it took longer than expected to engage a mediator with adequate availability during the necessary period.  An initial mediation session is scheduled for October 19, 2016, and the parties and mediator have reserved October 20, 2016 for a second day of mediation as necessary.

      The parties propose providing an update in two weeks.

      Thank you for your attention to this matter.

                            Respectfully submitted,

                            *s/Jonathan M. Ettinger*
                            Jonathan M. Ettinger

cc:    Counsel of Record

B4606562.