

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

Jonathan M. Ettinger
*617 832 1195 direct*
jettinger@foleyhoag.com

November 1, 2016

**VIA ECF**

The Honorable Brenda K. Sannes
U.S. District Judge
United States District Court for the
  Northern District of New York
Federal Bulding and U.S. Courthouse
P.O. Box 7396
Syracuse, NY  13261-7396

      Re:    *MPM Silicones, LLC v. Union Carbide Corporation,*
             *No. 1:11-CV-1542 LEK/ATB*

Dear Judge Sannes:

    I write on behalf of Plaintiff MPM Silicones, LLC ("MPM") and Defendant Union Carbide Corporation ("UCC") to provide a status report regarding settlement negotiations as requested by the Court in its October 18, 2016 Text Order.

    The parties participated in a mediation session on October 19, 2016, but were unable to resolve their disputes at that time.  The mediator has continued to follow up with the parties via telephone following the mediation session, but the parties have not reached any settlement.

    Thank you for your attention to this matter.

                                                  Respectfully submitted,

                                                  */s/Jonathan M. Ettinger*
                                                  Jonathan M. Ettinger
                                                   Counsel for MPM Silicones, LLC

cc:    Counsel of Record

B4611971.1